AO 93 (Rev. 11/13)   Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
MAR 28 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
)
**The premises located at 78 Tuscany Trace Drive, St.**  )
**Charles, Missouri,** is more fully described as a two-story,  )
brick-front, single-family residence also identified as  )
Tuscany, Lot 20. The residence has an arched entryway and a  )
white garage door. St. Charles County, Missouri, has  )
assigned this residence Parcel ID: 3-0117-A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.  )

Case No. 4:18 MJ 6112 (PLC)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of ___MISSOURI___
*(identify the person or describe the property to be searched and give its location)*:

**The premises located at 78 Tuscany Trace Drive, St. Charles, Missouri, as fully described above.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
see attached LIST – ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 10, 2018___ *(note to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.   ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___PATRICIA L. COHEN___.
*(United States Magistrate Judge)*

❑   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____.

Date and Time issued: 3/28/18  11:43 A.M.

_____
*Judge's signature*

City and State:   St. Louis, MO

Hon. Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT B

### ITEMS TO BE SEIZED

This warrant authorizes the search for and seizure of documents, items, materials and data described below relating to the facilitation of narcotics trafficking and federal money laundering violations, as well as violations of the bank secrecy act, and any records relating to such activities. These documents, items, and materials constitute evidence, fruits, and instrumentalities of such violations of Title 18, United States Code, Section 1956; Title 21, United States Code, Sections 841(a)(1), 846 and 843(b); and Title 31, United States Code, Section 5324. The documents, items and materials to be seized are as follows, and are to include, but are not limited to electronic and digital evidence, for the years 2016 to present:

1. Any documents, forms, notes, or ledgers reflecting transactions concerning the sale, control, or distribution of a controlled substance.

2. Any documents, forms, notes, or ledgers reflecting the possible distribution of the proceeds or instrumentalities of narcotics trafficking.

3. Any documents, forms, notes, or ledgers reflecting the handling and recording of currency transactions or distributions.

4. Any documents reflecting indicia of residency, ownership, or control of the property located at **subject residence** or **subject vehicle 1** or **subject vehicle 2** in question.

5. Directories, rolodexes, appointment books, diaries, calendars, ledgers, account books, fax machine history print out, notebooks, personal digital assistants, cellular telephones, and any other documents or folders containing evidence of contacts related to the distribution of narcotics or the distribution and handling of the resultant proceeds of narcotic sales.

6. Bank and financial account applications, statements, checks, and withdrawal and deposit slips, treasury checks issued for income tax refunds, cash, money orders, Western Union transfers or other transaction records showing the movement of funds related to illicit activities, including the sale or distribution of narcotics or the resultant proceeds.

7. Any user and password information related to the use of electronic databases potentially containing evidence of financial transactions related to the proceeds, sale, or distribution of illicit narcotics.

8. Computer software including programs to run operating systems, application, utilities, compliers, interpreters, video, web browsers and communications programs.

9. All computer passwords and data security devices, including encryption devices, chips and circuit boards.

10. All computer equipment, computer hardware and software programs, hard drives, modems, monitors, plotters, encryption circuit boards, optical scanners, external hard drives, CDs, DVDs, floppy disks, cables, connectors, magnetic tapes, programs, cellular phones, thumb drives, internet hotspots, SIM cards, credit card readers/writers, merchant credit card scanning devices, point-of-sale machines, and computer print-outs relating in any way to the recording of possible sale or distribution of illicit narcotics.

11. Due to the expected volume of electronic evidence, your affiant hereby requests the Court's permission to seize the computer hardware, associated peripherals, and cellular phones that are believed to contain some or all of the evidence described in the warrant and to conduct an offsite search of the hardware for the evidence described, if, upon arriving at the scene, the agents involved in forensic examination of computers conclude that it would be impractical to search the computer hardware on-site for this evidence. If such circumstances apply, the government will return the computer equipment and cellular phones within a reasonable amount of time and without undue delay.